# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-1226

_____

| | | |
|---|---|---|
| William K. Taylor, Jr., | * | |
| | * | |
| Appellant, | * | Appeal from the United States |
| | * | District Court for the Western |
| v. | * | District of Missouri. |
| | * | |
| Hallmark Cards, Inc.; Larry Leighton, | * | [UNPUBLISHED] |
| | * | |
| Appellees. | * | |

_____

Submitted: September 12, 2003

Filed: October 31, 2003

_____

Before SMITH, RICHARD S. ARNOLD, and BEAM, Circuit Judges.

_____

PER CURIAM.

William Taylor appeals the district court's[1] grant of summary judgment in favor of Hallmark Cards and Larry Leighton in this employment discrimination case. We have reviewed the record and affirm based on the well-reasoned opinion of the district court. See 8th Cir. R. 47B. Additionally, appellees' motion to strike appellant's appendix is denied.

_____

[1]The Honorable Ortrie D. Smith, United States District Judge for the Western District of Missouri.